UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

IN RE WORLD TRADE CENTER
DISASTER SITE LITIGATION
-------------------------------------------------------------------X

JOSEPH MORELLI and ANN MORELLI

                      Plaintiff(s),

    -against-

THE CITY OF NEW YORK, and
1 WORLD TRADE CENTER, et al,

                      Defendants.
-------------------------------------------------------------------X

**21 MC 100 (AKH) (ECF)**

**Docket No.: 07 CV 7518**

**NOTICE OF DISMISSAL**

     In accordance with Rule 41(a)(1) of the Federal Rules of Civil Procedure, the undersigned, the attorney of record for the plaintiffs to the above-entitled action, dismisses all claims and causes of action asserted against Defendants Westfield America, Inc., Westfield Corporation, Inc., Westfield WTC, LLC, and Westfield WTC Holding, LLC arising out of the transactions set forth in the complaint dated August 20, 2007.

Dated:  New York, New York
           January 14, 2008

      _/s/ Michael A. London_____
      Michael A. London, Esq.
      DOUGLAS & LONDON, P.C.
      *Attorneys for Plaintiffs Joseph Morelli and Ann Morelli*
      111 John Street, Suite 1400
      New York, New York 10038
      (212) 566-7500

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
IN RE WORLD TRADE CENTER
DISASTER SITE LITIGATION
------------------------------------------------------------X
JOSEPH MORELLI and ANN MORELLI

                    Plaintiff(s),

    -against-

THE CITY OF NEW YORK, and
1 WORLD TRADE CENTER, et al,

                    Defendants.
------------------------------------------------------------X

**21 MC 100 (AKH) (ECF)**

**Docket No.: 07 CV 7518**

## CERTIFICATE OF SERVICE

    I hereby certify that on January 14, 2008 I caused a true and correct copy of the Notice of Dismissal as to the Westfield Defendants to be served via Electronic Case Filing (ECF) upon all counsel of record.

    /s/ Michael A. London
Michael A. London, Esq.
DOUGLAS & LONDON, P.C.
*Attorneys for Plaintiffs Joseph Morelli and Ann Morelli*
111 John Street, Suite 1400
New York, New York 10038

(212) 566-7500