Docket No. 07 CV 7518

JOSEPH MORELLI and ANN MORELLI                           Plaintiff(s)

                                                         AFFIDAVIT OF SERVICE

         Against

THE CITY OF NEW YORK, and 1 WORLD TRADE CENTER, et al    Defendant(s)  Respondent(s)

---

STATE OF NEW YORK, COUNTY OF QUEENS

MICHAEL GREGG SCHIRTZER, The undersigned, being sworn says: Deponent is not a party herein; is over 18 years and resides at: 4465 WEST 3RD STREET, BROOKLYN, NY 11223

On 12-19-07 at 4:20PM at 7 WORLD TRADE CENTER, 38TH FLOOR, NEW YORK, NY

Deponent served the within:       --- Summons with Notice              --- Other
     -X- Summons and Complaint    --- Notice of Petition and Petition  --- Order to Show Cause
     --- Subpoena Duces Tecum     --- Subpoena                         --- Subpoena of Non-Party Witness

On 4 WORLD TRADE CENTER LLC                      -X-Defendant    ---Witness (herein after called the recipient)
C/O ED TANENHAUS, ESQ.                           ---Respondent

Individual     By delivering a true copy of each to said recipient personally, deponent knew the person so served to be the person
-------        described as said recipient therein.

Corporation    By delivering there a true copy of each to: ANDY (CLERK)
Agency/Entity  personally, deponent knew said corporation so served to be the corporation, described in same as said respondent and
-------X-----  knew said individual to be Authorized Agent thereof who specifically stated SHE/HE was authorized to accept service.

Suitable       By delivering thereat a true copy of each to:                          a person of suitable age
Age Person     and discretion authorized to accept service. Said premises is recipient's----actual place of business----dwelling place
-------        ----usual place of abode within State.

Affixing to    By affixing a true copy of each to the door of said premises, which is recipient's -----actual place of business
Door, etc.     ----dwelling place----usual place of abode within the state. Deponent was unable, with due diligence, to find recipient
-------        or a person of suitable age and discretion, thereat, having called there.

Mailing to     Deponent talked to:                          at said premises who stated that recipient----lived----worked there
Residence      within 20 days of such delivery or affixing. Deponent enclosed copy of same in a postpaid envelope properly addressed
-------        to recipient at recipient's last known residence at:                          and deposited said envelope in an official
               depository under care and custody of the U.S. Postal Service within New York State.

Mailing to     Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a First Class post paid envelope
Business       properly addressed to recipient's actual place of business at:
-------        in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State.
               Envelope bore the legend "Personal and Confidential" and did not indicate on the outside thereof by return address or
               otherwise, that the communication was from an attorney or concerned an action against the recipient.

Description  -X- Male     ---White Skin     -X-Black Hair    ---White Hair    ---14-20 yrs.    ---Under 5'     ---Under 100 lbs
-------X---- --- Female   ---Black Skin     ---Brown Hair    ---Balding       -X-21-35         ---5'-5'3       ---100-130 lbs
                          ---Yellow Skin    ---Blonde Hair   ---Mustache      ---36-50         ---5'4-5'8      ---131-160 lbs
                          -X-Brown Skin     ---Gray Hair     ---Beard         ---51-65         -X-5'9-6'       -X-161-200 lbs
                          ---Red Skin       ---Red Hair      ---Glasses       ---Over 65 yrs.  ---Over 6'      ---Over 200 lbs
             Other identifying features:

Witness Fees      $         the authorizing traveling expenses          --- was paid to the recipient
-------                     and one day's witness fee:                  --- was mailed to the witness with subpoena copy

Military    I asked the person spoken to whether recipient was in active military service of the U S or of the State of New York in
Service     any capacity whatsoever and received a negative reply. Recipient wore ordinary civilian clothes and no military uniform.
-------     The source of my information and the grounds for my belief are the conversations and observations above narrated. Upon
            information and belief I have that the recipient is not in military service of NY State or of the United States as that term is
            defined in either the State or in the Federal statues.

Sworn to before me on 12/20/07

ANNEI LI
Notary Public, State of New York
No. 01LI6161335
Qualified in Queens County
Commission Expires 02/26/2011

MICHAEL G. SCHIRTZER - LICENSE NO. 1019803